**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP BEVERSON,<br>Plaintiff,<br>v.<br>D. VANG, et al.,<br>Defendants. | No. 2:26-CV-1698-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file his first amended complaint. ECF No. 13. Good cause appearing, Plaintiff's motion is granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 13, is granted.
2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: October 7, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE