**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PHILIP BEVERSON,

Plaintiff,

v.

D. VANG, et al.,

Defendants.

No. 2:26-cv-1698-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a request for stay and referral filed by non-party Jeffrey McDonald. ECF No. 10. The Clerk of the Court is directed to strike this filing and terminate the filing as a pending motion because it has not been signed by an attorney appearing for a party or a party appearing pro se. See E.D. Cal. L.R. 131(b).

IT IS SO ORDERED.

Dated: October 13, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE